■ In the Matter of JOHN L. SILVERMAN, Respondent, v ROBERT MC-GUIRE et al., Appellants.—Judgment, Supreme Court, New York County, entered on August 24, 1978, unanimously affirmed on constraint of *Brown v Codd* (62 AD2d 547), without costs and without disbursements. No opinion. Concur—Birns, J. P., Sandler, Ross, Lynch and Carro, JJ.